■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PROCTOR, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered June 27, 1990, convicting defendant upon his plea of guilty of manslaughter in the first degree, and sentencing him to a term of imprisonment of 4½ to 9 years, unanimously affirmed.

Defendant's constitutional right to a speedy trial was not violated by the delay in the extradition proceeding *(People v Jackson,* 178 AD2d 305) which is just one of the factors that is to be considered in determining whether a defendant has been denied due process *(see, People v Taranovich,* 37 NY2d 442, 445).

The record demonstrates that upon his release from custody by Illinois officials defendant's whereabouts remained unknown until his subsequent arrest on a fugitive warrant. Although incarcerated, the delay was occasioned by the determination of the Illinois authorities to prosecute defendant prior to releasing him to New York officials. Concur—Ellerin, J. P., Kupferman, Ross, Asch and Kassal, JJ.